NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEUTRAL TANDEM, INC.,**
*Plaintiff-Appellant,*

v.

**PEERLESS NETWORK, LLC,**
**PEERLESS NETWORK OF ILLINOIS, LLC**
AND **JOHN BARNICLE,**
*Defendants-Appellees.*

---

2012-1012

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 08-CV-03402, Judge John W. Darrah.

---

**ON MOTION**

---

**ORDER**

Neutral Tandem, Inc. responds to this court's December 29, 2011 order staying the briefing schedule in 2012-1012 and directing the parties to inform this court within 14 days of the issuance of the mandate in 2011-1144 how it believes the appeal should proceed.

Neutral Tandem requests that the stay be lifted and for a 60-day extension of time to file its opening brief.

Accordingly,

IT IS ORDERED THAT:

(1) The stay of the briefing schedule is lifted.

(2) The appellant is directed to file its opening brief within 60 days of the date of filing of this order.

FOR THE COURT

MAR 0 9 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John R. Harrington, Esq.
David Rene' Yohannan, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2012

JAN HORBALY
CLERK